WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
DANA C. JOHNSON, SBN 187341
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657
E-mail:  dana.johnson@eeoc.gov

Attorneys for Plaintiff

E-filing

FILED

HRL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

    v.

PANDA EXPRESS, INC.

       Defendant.

Case No. CV 10 4386

COMPLAINT

Civil Rights - Employment Discrimination

DEMAND FOR JURY TRIAL

COMPLAINT AND JURY DEMAND

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 to correct the unlawful employment practice of retaliation and to provide appropriate relief to Charging Party Veronica Nava ("Charging Party") whom Defendant Panda Express, Inc., ("Defendant") discharged in retaliation for activity protected under Title VII.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practice alleged to be unlawful was committed within the jurisdiction of the United States District Court for the Northern District of California, San Jose Division.

## INTRA-DISTRICT ASSIGNMENT

3.      This action is appropriate for assignment to the San Jose division of this Court because the unlawful employment practices alleged were committed within Santa Clara County and the employment records relevant to the unlawful practices are located in Santa Clara County.

## PARTIES

4.      Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

5.      Defendant is a California company, doing business in the State of California, in the County of Santa Clara, and has continuously had at least 15 employees.

6.      At all relevant times, Defendant CPT has continuously been an employer engaged in an industry affecting commerce, within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

7.      More than thirty days prior to the institution of this lawsuit, Charging Party filed a

1

COMPLAINT AND JURY DEMAND

1    charge with the Commission, alleging violation of Title VII by Defendant.  All conditions precedent to

2    the institution of this lawsuit have been fulfilled.

3        8.    On or about December 16, 2009, Defendant engaged in the unlawful practice of

4    retaliation at its restaurant located at 1320 El Paseo de Saratoga, San Jose, California, in violation of

5    Section 704(a) of Title VII, 42 U.S.C. §2000e-3(a), by discharging Charging Party for having

6    complained in November 2009 to Defendant's management and, through them, to Defendant's human

7    resources, about a co-worker's inappropriate sexual behavior.

8        9.    The effect of the practice complained of in Paragraph 8, above, has been to deprive the

9    Charging Party of equal employment opportunities and otherwise adversely affect her status as an

10   employee because of her having engaged in protected activity.

11       10.    The unlawful employment practice complained of in Paragraph 8, above, was

12   intentional.

13       11.    The unlawful employment practice complained of in Paragraph 8, above, was done with

14   malice or reckless indifference to the Charging Party's federally protected rights.

15                          PRAYER FOR RELIEF

16   Wherefore, the Commission respectfully requests that this Court:

17       A.    Grant a permanent injunction enjoining Defendant, its officers, successors, assigns,

18   agents, employees and all persons acting in concert or participation with Defendant, from engaging in

19   retaliation against its employees.

20       B.    Order Defendant to institute and carry out policies, practices, and programs which

21   prohibit retaliation and which eradicate the effects of its unlawful employment practice.

22       C.    Order Defendant to make whole Charging Party by providing appropriate back pay and

23   benefits with prejudgment interest in amounts to be determined at trial, and other affirmative relief

24   necessary to eradicate the effects of its unlawful employment practice, including but not limited to

25   reinstatement and/or front pay.

26       D.    Order Defendant to make whole Charging Party by providing compensation for past and

27   future pecuniary losses resulting from the unlawful employment practice complained of above,

28   including but not limited to such out-of-pocket expenses necessitated by Defendant's unlawful conduct,

2

COMPLAINT AND JURY DEMAND

1    in amounts to be determined at trial.

2        E.      Order Defendant to make whole Charging Party by providing compensation for past and

3    future nonpecuniary losses resulting from the unlawful practices complained of above including, but

4    not limited to emotional pain and suffering, inconvenience, loss of enjoyment of life and humiliation,

5    in amounts to be determined at trial.

6        F.      Order Defendant to pay Charging Party punitive damages for its malicious or reckless

7    conduct described above, in an amount to be determined at trial.

8        G.      Grant such further relief as the Court may deem just and proper in the public interest.

9        H.      Award the Commission its costs in this action.

10                                   DEMAND FOR JURY TRIAL

11        The Commission requests a jury trial on all questions of fact raised by its Complaint.

12                                              P. DAVID LOPEZ
                                                General Counsel
13
                                                JAMES LEE
14                                              Deputy General Counsel

15                                              GWENDOLYN YOUNG REAMS
                                                Associate General Counsel
16

17

18    Date: 9/24/2010
                                                WILLIAM R. TAMAYO
19                                              Regional Attorney

20
      Date: 9/24/10
21                                              DAVID F. OFFEN-BROWN
                                                Supervisory Trial Attorney
22

23    Date: 9/24/2010

24                                              DANA C. JOHNSON
                                                Senior Trial Attorney
25
                                                Attorneys for Plaintiff
26                                              Equal Employment Opportunity Commission
                                                San Francisco District Office
27                                              350 The Embarcadero, Suite 500
                                                San Francisco, California 94105-1260
28
                                                        3
      COMPLAINT AND JURY DEMAND