| | |
|---|---|
| 1  TOM E. WILSON (CA SBN 73188) | *E-FILED 11-15-2010* |
|    TWilson@mofo.com | |
| 2  JOSHUA A. GORDON (CA SBN 199763) | |
|    JGordon@mofo.com | |
| 3  MORRISON & FOERSTER LLP | |
|    755 Page Mill Road | |
| 4  Palo Alto, California  94304-1018 | |
|    Telephone: 650.813.5600 | |
| 5  Facsimile: 650.494.0792 | |

Attorneys for Defendant
PANDA EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, | Case No.   C 10-04386 HRL |
|            Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
|     v. | |
| PANDA EXPRESS, INC., | |
|            Defendant. | Ctrm:   Two (Fifth Floor) |
| | Magistrate Judge Howard R. Lloyd |
| | [Re:   Docket No. 11] |

1   Pursuant to Civil Local Rules 6-2 and 16-2(e) for the Northern District of California,
2  Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendant Panda Express,
3  Inc. ("Panda"), through their respective counsel, respectfully submit this stipulated request to
4  continue their Initial Case Management Conference, which is currently set for December 7, 2010,
5  and related deadlines for their meet-and-confer obligation and Joint Case Management
6  Conference Statement. This stipulated request is supported by the attached declaration of Tom E.
7  Wilson.

8   Plaintiff and Panda propose the following revised case management schedule:

| | |
|---|---|
| Meet-and-Confer Deadline | December 28, 2010 |
| Joint CMC Statement Deadline (including Rule 26(f) Report) | January 11, 2011 |
| Initial Case Management Conference | January 18, 2011 |

Respectfully submitted,

Dated: November 5, 2010

TOM E. WILSON
JOSHUA A. GORDON
MORRISON & FOERSTER LLP

By:  /s/ Tom E. Wilson
     TOM E. WILSON

Attorneys for Defendant
PANDA EXPRESS, INC.

Dated: November 5, 2010

WILLIAM R. TAMAYO
DAVID F. OFFEN-BROWN
DANA C. JOHNSON

By:  /s/ Dana C. Johnson
     DANA C. JOHNSON

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES
C 10-04386 HRL
pa-1431374

2

1
2 **GENERAL ORDER 45 ATTESTATION**
3    I, Tom E. Wilson, am the ECF User whose ID and password are being used to file this
4 Stipulated Request and [Proposed] Order Extending Time to Respond to Plaintiff's Complaint.  In
5 compliance with General Order 45, X.B., I hereby attest that Dana C. Johnson has concurred in
6 this filing.

Dated:  November 5, 2010

MORRISON & FOERSTER LLP

By:    /s/ Tom E. Wilson
          Tom E. Wilson

**[PROPOSED] ORDER**

   PURSUANT TO STIPULATION, IT IS SO ORDERED.  This Court adopts the revised Case Management Schedule proposed by Plaintiff and Panda.  **ADR-related deadlines remain unchanged.**

Dated: November 15, 2010

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES
C 10-04386 HRL
pa-1431374

3