**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK, 12303 (VA)**
**RAYMOND T. CHEUNG, SBN 176086**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5649**
**Fax No. (415) 625-5657**
**E-mail: raymond.cheung@eeoc.gov**

**Attorneys for Plaintiff EEOC**

**\*E-FILED 04-06-2011\***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>    Plaintiff,<br><br>v.<br><br>**PANDA EXPRESS, INC.**<br><br>    Defendant | Case No. C-10-04386 HRL<br><br>**CONSENT DECREE**<br><br>[Re: Docket No. 26] |

I. INTRODUCTION

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Commission") filed this suit on behalf of Charging Party Veronica Nava, alleging that her employer Defendant Panda Express, Inc. subjected her to a retaliatory employment discharge due to her activities protected by Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991. Defendant Panda Express, Inc. ("Panda") has denied the above allegations. The Commission and Panda now seek to resolve this action without the expenditure of additional resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in Title VII.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, the applicable law, and now approves this Consent Decree.

II. NON-ADMISSION OF LIABILITY

This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of Title VII by Panda.

III. GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action. This Court retains jurisdiction over this Consent Decree during its term.

2. This Consent Decree constitutes a full and final resolution of the Commission's claim against Panda in this action.

3. This Consent Decree will become effective upon its entry by the Court.

4. This Consent Decree is final and binding upon the parties to it, their successors and assigns.

5. Each party shall bear its own costs and attorneys fees in this action.

IV. GENERAL INJUNCTIVE RELIEF

6. Panda and its current officers, agents, employees and all persons in active concert or participation with them shall comply with all requirements of Title VII with respect to providing a workplace free of retaliation.

7. Panda and its current officers, agents, employees and all persons in active concert or participation with them shall not retaliate against Veronica Nava or any other employee or former employee for having testified or participated in any manner in the Commission's investigation and the proceedings in this case.

V. SPECIAL INJUNCTIVE RELIEF

8. Within ten (10) days of the entry of this Consent Decree, Panda will provide Veronica Nava with an offer of reinstatement to a Panda Express restaurant in the Bay Area region, at either the 21000 Stevens Creek Blvd Cupertino or 2855 Stevens Creek Blvd. fc-7 (Valley Fair Mall) Santa Clara location. Panda will determine the store location based on staffing needs. The offer of reinstatement shall remain open until August 31, 2011; the terms of Ms. Nava's re-employment shall otherwise be governed by separate agreement between Panda and Ms. Nava.

///

9. Within sixty (60) days of the entry of this Consent Decree, Panda shall provide an eight-hour anti-retaliation training to Area Coach of Operations Danny Lo and all General Managers reporting to him in 2009 to the present. Said training will include what a manager or supervisor should do when an employee complains about harassment or retaliation, how to investigate such complaints, and the obligations of managers and supervisors not to retaliate against employees who make such complaints.

10. Within thirty (30) days after completing the training designated in paragraph 9, Panda shall mail to counsel for the Commission a report containing the date of the training, a list of all attendees including their job titles, copies of all materials distributed at the training.

VI. MONETARY RELIEF

11. Within ten (10) days of the entry of this Consent Decree, Panda shall pay the sum of $25,000.00 to Veronica Nava as damages and in complete satisfaction of the Commission's claims against Defendant Panda as set forth in its Complaint. This sum will be paid by check directly to Ms. Nava, and will be sent to her via certified mail, at the address to be provided to Panda by the Commission. A copy of said check and its transmittal letter will be sent to the Commission's counsel at the San Francisco District Office.

12. Panda shall cause to be issued an IRS Form 1099-misc to Veronica Nava for the monetary relief paid.

VII. EXPIRATION OF CONSENT DECREE

13. This Consent Decree constitutes a full and final resolution of all the Commission's claims against Panda in this action. This Consent Decree will expire two (2) years after its entry, provided that Panda has substantially complied with the terms of this Consent Decree. Panda will be deemed to have complied substantially if the Court has not made any findings or orders during the term of the Consent Decree that Panda has failed to comply with any of the terms of this Decree.

///

///

///

EEOC v. Panda Express, Inc.
C-10-04386 HRL
Consent Decree

| | |
|---|---|
| On behalf of Plaintiff  EEOC | On behalf of Defendant Panda Express, Inc. |
| Date:  April 4, 2011 | Date:  April 4, 2011 |
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Morrison & Foerster, LLP |
| __/s/_____<br>   WILLIAM R. TAMAYO | __/s/_____<br>   JOSH A. GORDON |
| __/s/_____<br>   JONATHAN T. PECK | Attorney for Defendant Panda Express, Inc |
| __/s/_____<br>   RAYMOND T. CHEUNG | |
| Attorneys for Plaintiff EEOC              . | |

## **ORDER**

It is so ordered.   **The clerk shall close the file.**

Dated:    April 6, 2011

_____
Hon. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

EEOC v. Panda Express, Inc.
C-10-04386 HRL
Consent Decree